AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TRAVIS MAREKUS MCNEIL,

Petitioner,

v.

MICHAEL THOMAS, WARDEN,
Wilcox State Prison,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 125-138

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 30, 2026, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2254

petition is dismissed, and Petitioner is denied in forma pauperis status on appeal. This case stands

closed.

3/30/2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*Martha C. Mormeneo*

*(By) Deputy Clerk*

GAS Rev 10/2020